UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1152

MOHAMMAD GONDEL; SALEEM IQBAL GONDEL,

            Plaintiffs – Appellants,

      v.

PMIG 1020, LLC; E & C ENTERPRISES, INCORPORATED; PETROLEUM
MARKETING GROUP, INCORPORATED,

            Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:08-cv-01768-CCB)

Submitted:  October 19, 2009        Decided:  November 9, 2009

Before MICHAEL, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas F. DeCaro, Jr., DECARO AND HOWELL, PC, Upper Marlboro,
Maryland, for Appellants.  Harry C. Storm, Stuart A. Schwager,
LERCH, EARLY & BREWER, CHTD., Bethesda, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Gondel and Saleem Iqbal Gondel appeal from the district court's order dismissing their complaint for failure to state a claim upon which relief may be granted. We have reviewed the record and the briefs filed by the parties and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gondel v. PMIG 1020, LLC, No. 1:08-cv-01768-CCB (D. Md. Jan. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED